UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23228

TUSHBABY, INC.,

    Plaintiff,

 v.

 BogiWell Direct, a Foreign Corporation,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF PENDING, REFILED, OR SIMILAR ACTIONS**

Plaintiff TushBaby, Inc., ("Plaintiff" or "TushBaby"), by and through its undersigned counsel and pursuant to S.D. Fla. L.R. 3.8, hereby files this Notice of Pending, Refiled, Related, or Similar Actions, and state as follows:

This action was originally filed in *TushBaby, Inc. v. The Corporations, Limited Liability Companies, and Unincorporated Associations Identified on Schedule A*, Case Number 24-cv-20941, pending before Judge Leibowitz. On August 8, 2024, Judge Liebowitz entered an Order severing the defendant in this case from that matter, and in doing so, directed Plaintiff to designate any case filed against the defendant in this case as a related action "for purposes of Local Rule 3.8 and Internal Operating Procedure 2.15.00 of the U.S. District Court for the Southern District of Florida."

Pursuant to this Court's Local Rules, Internal Operating Procedures and Judge Leibowitz's August 8, 2024, Order, Plaintiff gives notice that this action is related to *TushBaby, Inc. v. The Corporations, Limited Liability Companies, and Unincorporated Associations Identified on Schedule A*, Case Number 24-cv-20941. This case is also related to Case Numbers 24-cv-21136

and 24-cv-22281, both of which are also pending before Judge Leibowitz.

Dated: August 26, 2024                     Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Marshall Dore Louis*
Marshall Dore Louis (FL Bar No. 512680)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539 8400
E-mail: mlouis@bsfllp.com

***Attorney for Plaintiff TushBaby, Inc.***