UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-23228-CIV-MARTINEZ

TUSHBABY, INC.,

v.

BOGIWELL DIRECT, a Foreign Corporation,

Defendant.
_____/

### ORDER OF TRANSFER

**THIS MATTER** came before this Court on a *sua sponte* review of the record. Good cause appearing that a transfer of this cause is appropriate pursuant to Internal Operating Procedure 2.15.00, due to the related nature of the previously filed case, **Case Number: 24-20941-CIV-LEIBOWITZ**, and subject to the consent of the Honorable David S. Leibowitz, it is:

**ORDERED AND ADJUDGED** that the above numbered cause is transferred to the calendar of Judge David S. Leibowitz for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of August, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record

After reviewing the file in the above-styled case, the undersigned accepts the transfer of this case.  Additionally, this case involves the same subject matter and claims pending before the undersigned in Case No. 24-cv-20941-DSL.  Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **CONSOLIDATED** with **Case No. 24-cv-20941-DSL**.  All pleadings filed after this date shall be filed under Case No. 24-cv-20941-DSL.

2. The Clerk shall **CLOSE** Case No. 24-cv-23228-DSL for administrative purposes only.

**DONE AND ORDERED** in the Southern District of Florida this 28th day of August, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record